IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JEROME S. BREWER,

    Petitioner,

vs.

DOUGLAS COUNTY COURT,

    Respondent.

8:22CV416

**MEMORANDUM AND ORDER**

On December 7, 2022, the Court directed Petitioner Jerome S. Brewer to pay the $5.00 filing fee or submit a request to proceed in forma pauperis within 30 days or face dismissal of this action. Filing No. 3. To date, Petitioner has not paid the filing fee, submitted a motion to proceed in forma pauperis, nor taken any other action in this matter.

IT IS THEREFORE ORDERED that: This case is dismissed without prejudice because Petitioner failed to prosecute it and failed to comply with this Court's orders. No certificate of appealability has been or will be issued. The Court will enter judgment by a separate document.

Dated this 18th day of January, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge